# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D22-3039
LT Case No. 2022-CF-000816-A

_____

LANI RAE GOIVANETTI,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Matthew J. Metz, Public Defender, and
Ryan M. Belanger, Assistant Public Defender,
Daytona Beach, for Appellant.

Lani Rae Goivanetti, Ocala, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Kristen L. Davenport, Assistant Attorney
General, Daytona Beach, for Appellee.

August 15, 2023

PER CURIAM.

     AFFIRMED.

MAKAR, JAY, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____